James R. McDonald, Jr.
State Bar Number 013604
**McDonald Law Offices, PLLC**
1907 E. Broadway Road, Suite 1
Tempe, AZ 85282-1768
480-968-3100
Fax 480-968-7910
Attorney for Debtor

### United States Bankruptcy Court for the District of Arizona

| | |
|---|---|
| In re:<br><br>Chris D. Chacon,<br>and<br>Lucille M. Chacon,<br><br>**Debtor.** | Case No. 2:17-bk-10439-BKM<br><br>Chapter 13<br><br>**NOTICE OF LODGING ORDER** |

Notice is provided that counsel for debtors' has lodged the attached ORDER EXTENDING DEADLINE TO COMPLY WITH TRUSTEE'S RECOMMENDATION.

Dated: January 3, 2018                    **McDonald Law Offices, PLLC**


/s/ JRM
James R. McDonald, Jr.
Attorney for Debtor

James R. McDonald, Jr.
State Bar Number 013604
**McDonald Law Offices, PLLC**
1907 E. Broadway Road, Suite 1
Tempe, AZ 85282-1768
480-968-3100
Fax 480-968-7910
Attorney for Debtor

## United States Bankruptcy Court for the District of Arizona

In re:

Chris D. Chacon,
and
Lucille M. Chacon,

Debtor.

Case No. 2:17-bk-10439-BKM

Chapter 13

**ORDER EXTENDING DEADLINE TO COMPLY WITH TRUSTEE'S RECOMMENDATION**

1. Upon motion of debtors, and proper cause appearing,
2. **IT IS ORDERED** extending the time for debtors to comply with the Trustee's
3. Recommendation to 2/2/2018.

6. Signed and dated above.