Rachel Flinn, Esq. ABN 027000
Russell Brown, Chapter 13 Trustee
Suite 800
3838 North Central Avenue
Phoenix, Arizona 85012-1965
602.277.8996
rflinn@ch13bk.com

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

In re

CHRIS DANIEL CHACON, SR.,

and

LUCILLE MENDOZA CHACON,

Debtors.

Chapter 13

Case No. 2-17-bk-10439 BKM

**TRUSTEE'S OBJECTION TO MOTION TO EXTEND TIME TO RESPOND TO TRUSTEE'S RECOMMENDATION**

Russell Brown, Chapter 13 Trustee, pursuant to Local Rule of Bankruptcy Procedure 2084-10(b), objects to the Debtors' Motion to Extend Time to Respond to Trustee's Recommendation. Under L.R.B.P. 2084-10(b), in the event the Debtors need more time to resolve the issues in the Trustee's Recommendation, the remedy for the Debtors is to file an objection to the Recommendation and set the objection for hearing. Therefore, the Trustee requests that the Court deny the motion.

/s/ RBrown

Russell Brown
2018.01.09
09:59:15 -07'00'

Russell Brown
Chapter 13 Trustee

A copy was mailed or emailed to:

JAMES R. MCDONALD, JR.
ecf@mcdonaldlawaz.com
Attorney for Debtors