James R. McDonald, Jr.
State Bar Number 013604
**McDonald Law Offices, PLLC**
1907 E. Broadway Road, Suite 1
Tempe, AZ 85282-1768
480-968-3100
Fax 480-968-7910
Attorney for Debtor

# United States Bankruptcy Court for the District of Arizona

In re:

Chris D. Chacon,
and
Lucille M. Chacon,

Debtor.

Case No. 2:17-bk-10439-BKM

Chapter 13

**OBJECTION TO TRUSTEE'S RECOMMENDATION**

1. Chris D. Chacon and Lucille M. Chacon, through the undersigned counsel, objects to the Trustee's Recommendation for the following reason(s):

1. The Trustee filed the Recommendation on 12/1/17. The deadline for the debtor to comply with the Recommendation is 1/3/18.

2. The debtors are unable to comply by the deadline because the Chapter 13 Plan proposes to pay 100% of all claims. The claim bar date in their case is 1/16/18. Debtors are unable to submit a Stipulated Order Confirming Chapter 13 Plan to the Trustee until after the claim bar date has passed.

3. The debtor will need an additional 30 days in which to comply.

**Wherefore,** debtor respectfully objects to the Trustee's Recommendation and requests that the deadline to comply with the Trustee's Recommendation be extended to 2/2/18.

Dated: January 10, 2018                    **McDonald Law Offices, PLLC**


/s/ JRM
James R. McDonald, Jr.
Attorney for Debtors