James R. McDonald, Jr.
State Bar Number 013604
**McDonald Law Offices, PLLC**
1907 E. Broadway Road, Suite 1
Tempe, AZ 85282-1768
480-968-3100
Fax 480-968-7910
Attorney for Debtor

# United States Bankruptcy Court for the District of Arizona

In re:

Chris D. Chacon,
and
Lucille M. Chacon,

Debtor.

Case No. 2:17-bk-10439-BKM

Chapter 13

**NOTICE OF HEARING
AND CERTIFICATE OF MAILING**

NOTICE IS GIVEN that a hearing on Debtors Objection To Trustee's Recommendation has been set for:

**Date:**
1/31/2018

**Time:**
11:00 a.m.

**Place:**
United States Bankruptcy Court
230 N. First Avenue, Suite 101
Phoenix, AZ 85003-1727
Courtroom 701

Objections must be in writing, filed with the Clerk of the Court and copies served on the Trustee, the debtor and debtor's attorney at least seven business days prior to the scheduled hearing.

**Court:**
Clerk, U.S. Bankruptcy Court
230 N. First Avenue, Suite 101
Phoenix, AZ 85003-1727

**Trustee:**
Russell Brown
3838 N. Central Avenue, Suite 800
Phoenix, AZ 85012-1965

| | |
|---|---|
| **Debtor:** | **Attorney for Debtor:** |
| Chris D. Chacon & Lucille Chacon | James R. McDonald, Jr. |
| 5825 S. Beck Avenue | McDonald Law Offices, PLLC |
| Tempe, AZ 85283 | 1907 E. Broadway Road, Suite 1 |
| | Tempe, AZ 85282 |

Dated: January 11, 2018

**McDonald Law Offices, PLLC**

*James R McDonald*

/s/ JRM
James R. McDonald, Jr.
Attorney for Debtors

## Certificate of Mailing

I, the undersigned, certify that copies of this notice were mailed on January 11, 2018, to all parties named in the attached mailing list.

Date: 1/11/2018        *James R McDonald*
                       James R. McDonald, Jr.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0970-2<br>Case 2:17-bk-10439-BKM<br>District of Arizona<br>Phoenix<br>Thu Jan 11 15:43:58 MST 2018 | Vanderbilt Mortgage and Finance, Inc.<br>PO Box 9800<br>Maryville, TN 37802-9800 | U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003-0608 |
| AZ DEPARTMENT OF ECONOMIC SECURITY<br>OFFICE OF ACCTS RECEIVABLE & COLLECTIONS<br>PO BOX 60<br>PHOENIX, AZ 85001-0060 | Arizona Department of Revenue<br>Attn: Bankruptcy/Litigation Section<br>1600 West Monroe, Room 720<br>Phoenix AZ 85007-2650 | Arizona Federal Credit Union<br>Attn: Risk Management<br>Po Box 60070<br>Phoenix AZ 85082-0070 |
| Banner Desert Medical Center<br>P.O. Box 2978<br>Phoenix AZ 85062-2978 | Collection Service Bur<br>Csb Systems/Attn:Bankruptcy<br>Po Box 310<br>Scottsdale AZ 85252-0310 | Convergent Outsoucing, Inc<br>Po Box 9004<br>Renton WA 98057-9004 |
| Cox Communication<br>P.O. Box 37937<br>Phoenix AZ 85069 | Credit One Bank Na<br>Po Box 98873<br>Las Vegas NV 89193-8873 | Directv, LLC<br>by American InfoSource LP as agent<br>PO Box 5008<br>Carol Stream, IL 60197-5008 |
| Dish Network<br>P.O. Box 7203<br>Pasadena CA 91109-7303 | Diversified Consultant<br>Dci<br>Po Box 551268<br>Jacksonville FL 32255-1268 | Eos Cca<br>700 Longwater Dr<br>Norwell MA 02061-1624 |
| Ida Barreras<br>1213 West Drive<br>Safford, Arizona 85546-3139 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | Jerold Kaplan Law Offices, PC<br>2738 E. Washington Street<br>Phoenix AZ 85034-1423 |
| LVNV Funding, LLC its successors and assigns<br>assignee of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Mark A. Kirkorsky, P.C.<br>P.O. Box 25287<br>Tempe AZ 85285-5287 | Midland Funding<br>8875 Aero Drive, Ste. 200<br>San Diego CA 92123-2255 |
| Rancho Murietta<br>1717 S. Dorsey<br>Tempe AZ 85281-7004 | Southern Hills Acceptance, LLC<br>2901 W Macarthur Blvd St<br>Santa Ana CA 92704-6910 | Southern Hills Acceptance, LLC<br>P.O. box 25570<br>Santa Ana CA 92799-5570 |
| Tiffany & Bosco, P.A.<br>2525 E. Camelback Road, Ste 700<br>Phoenix AZ 85016-9240 | U.S. TRUSTEE<br>OFFICE OF THE U.S. TRUSTEE<br>230 NORTH FIRST AVENUE<br>SUITE 204<br>PHOENIX, AZ 85003-1725 | Vanderbilt Mortgage<br>Attn: Bankruptcy Dept<br>P.O. Box 9800<br>Maryville TN 37802-9800 |
| Verizon Wireless<br>P.O. Box 96082<br>Bellevue WA 98009-9682 | Wells Fargo Auto Finance<br>Attn: Bankruptcy<br>Po Box 29704<br>Phoenix AZ 85038-9704 | Wells Fargo Bank, N.A.<br>Default Document Processing<br>MAC# N9286 01Y<br>1000 Blue Gentian Road<br>Eagan MN 55121 7700 |

| Wells Fargo Financial Arizona, Inc. | (p)WELLS FARGO BANK NA | Wells Fargo Home Mortgage |
|---|---|---|
| 435 Ford Road, Suite 300 | WELLS FARGO HOME MORTGAGE AMERICAS SERVICING | P.O. Box 10335 |
| St. Louis Park, MN 55426-4938 | ATTN BANKRUPTCY DEPT MAC X7801-014 | Des Moines IA 50306-0335 |
| | 3476 STATEVIEW BLVD | |
| | FORT MILL SC 29715-7203 | |
| | | |
| CHRIS DANIEL CHACON SR. | JAMES R. MCDONALD JR. | LUCILLE MENDOZA CHACON |
| 5825 S. BECK AVENUE | MCDONALD LAW OFFICE, PLLC | 5825 S. BECK AVENUE |
| TEMPE, AZ 85283-1621 | 1907 E BROADWAY, #1 | TEMPE, AZ 85283-1621 |
| | TEMPE, AZ 85282-1768 | |

RUSSELL BROWN
CHAPTER 13 TRUSTEE
SUITE 800
3838 NORTH CENTRAL AVENUE
PHOENIX, AZ 85012-1965

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Wells Fargo Home Mortgage
8480 Stagecoach Cir
Frederick MD 21701

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (u)U.S. Bank National Association, as Trustee | (u)Rancho Murietta | End of Label Matrix |
|---|---|---|
| | | Mailable recipients 36 |
| | | Bypassed recipients 2 |
| | | Total 38 |