James R. McDonald, Jr.
State Bar Number 013604
**McDonald Law Offices, PLLC**
1907 E. Broadway Road, Suite 1
Tempe, AZ 85282-1768
480-968-3100
Fax 480-968-7910
Attorney for Debtor

## United States Bankruptcy Court for the District of Arizona

In re:

Chris D. Chacon,
and
Lucille M. Chacon,

Debtor.

Case No. 2:17-bk-10439-BKM

Chapter 13

NOTICE OF FIRST APPLICATION FOR COMPENSATION
OF FEES AND REIMBURSEMENT OF COSTS BY ATTORNEY FOR DEBTOR

1   Notice is given that counsel for the debtor has filed a FIRST APPLICATION FOR COMPENSATION OF FEES AND REIMBURSEMENT OF COSTS for attorney's fees, paraprofessional fees, and court and other costs for services rendered from the commencement of service through the confirmation of the Chapter 13 Plan.

2

| | |
|---|---|
| Total Attorney Fees requested by McDonald Law Offices, PLLC | $5542.50 |
| Total Costs to be reimbursed to McDonald Law Offices, PLLC | $511.43 |
| Total Attorney Fees and Costs to be reimbursed to McDonald Law Offices, PLLC | $6053.93 |
| Less: Pre petition payment to McDonald Law Offices, PLLC for Attorney Fees and Costs to be reimbursed | $863.00 |
| Balance of attorney fees and costs to be paid to McDonald Law Offices, PLLC as an administrative expense from debtors Chapter 13 Plan | $5190.93 |

The applicant further requests that the Trustee pay the balance due under the plan as stated above to McDonald law Offices, PLLC to the extent that funds are available from the estate after payment of allowed administrative claims of higher priority. Upon confirmation of the plan, this administrative expense shall be paid in accordance with the confirmed plan. In the event of the dismissal or conversion of the case, this administrative expense shall be paid immediately, prior to any refund of plan payments.

A copy of the application and the Detailed Statement of Fees and Costs is available from the Clerk of the Court or debtor's counsel.

Any person opposing the application shall file a written objection on or before 21 days from the date of this notice. The response should be filed with the Clerk of the United States Bankruptcy Court, 230 N. First Avenue, Suite 101, Phoenix, AZ 85003-1727, and serve a copy of debtor's counsel whose address is given above. If a timely written response is filed, a hearing will be set before the court. If no timely written response is filed, no hearing will be held and the court may summarily enter an order approving the application.

Dated: January 19, 2018

**McDonald Law Offices, PLLC**

/s/ JRM
James R. McDonald, Jr.
Attorney for Debtors