James R. McDonald, Jr.
State Bar Number 013604
**McDonald Law Offices, PLLC**
1907 E. Broadway Road, Suite 1
Tempe, AZ 85282-1768
480-968-3100
Fax 480-968-7910
Attorney for Debtor

### United States Bankruptcy Court for the District of Arizona

| | |
|---|---|
| In re:<br><br>Chris D. Chacon,<br>and<br>Lucille M. Chacon,<br><br>Debtors. | Case No. 2:17-bk-10439-BKM<br><br>Chapter 13<br><br>NOTICE OF LODGING ORDER |

Notice is provided that counsel for debtors' has lodged the attached **Order Vacating Hearing on Debtor's Objection to Trustee's Recommendation scheduled for 1/31/18 @ 11:00am.**

Dated: January 22, 2018

**McDonald Law Offices, PLLC**

*[signature: James R McDonald]*

/s/ JRM
James R. McDonald, Jr.
Attorney for Debtors

James R. McDonald, Jr.
State Bar Number 013604
**McDonald Law Offices, PLLC**
1907 E. Broadway Road, Suite 1
Tempe, AZ 85282-1768
480-968-3100
Fax 480-968-7910
Attorney for Debtor

# United States Bankruptcy Court for the District of Arizona

| In re: | Case No. 2:17-bk-10439-BKM |
|---|---|
| Chris D. Chacon, and Lucille M. Chacon, | Chapter 13<br>Order Vacating Hearing on Debtor's Objection to Trustee's Recommendation scheduled for 1/31/18 @ 11:00am |
| **Debtors.** | |

Upon motion of debtors, and proper cause appearing,

**IT IS ORDERED** vacating the hearing on Debtor's Objection to Trustee's Recommendation which is scheduled for 1/31/18 @ 11:00am.

Signed and dated above.