James R. McDonald, Jr.
State Bar Number 013604
**McDonald Law Offices, PLLC**
1907 E. Broadway Road, Suite 1
Tempe, AZ 85282-1768
480-968-3100
Fax 480-968-7910
Attorney for Debtor

# United States Bankruptcy Court for the District of Arizona

| | |
|---|---|
| In re:<br><br>Chris D. Chacon,<br>and<br>Lucille M. Chacon,<br><br>Debtor. | Case No. 2:17-bk-10439-BKM<br><br>Chapter 13<br><br>NOTICE OF LODGING ORDER |

Notice is provided that counsel for debtors' has lodged the attached ORDER FOR COMPENSATION OF FEES AND REIMBURSEMENT OF COSTS.

Dated: 2/16/18

McDonald Law Offices, PLLC

/s/ JRM
James R. McDonald, Jr.
Attorney for Debtors

James R. McDonald, Jr.
State Bar Number 013604
**McDonald Law Offices, PLLC**
1907 E. Broadway Road, Suite 1
Tempe, AZ 85282-1768
480-968-3100
Fax 480-968-7910
Attorney for Debtor

# United States Bankruptcy Court for the District of Arizona

In re:

Chris D. Chacon,
and
Lucille M. Chacon,

Debtor.

Case No. 2:17-bk-10439-BKM

Chapter 13

ORDER FOR COMPENSATION
OF FEES AND REIMBURSEMENT OF COSTS

1  Upon application of debtor's counsel for compensation of fees and reimbursement of
2  costs, and upon review of the Detailed Statement of Fees and Costs filed herewith,
3  **IT IS ORDERED** allowing the sum below for attorney's fees, paraprofessional fees, and
4  court and other costs for services rendered from 6/20/2017 through 1/22/2018.
5

| | |
|---|---|
| Total Attorney Fees requested by McDonald Law Offices, PLLC | $5542.50 |
| Total Costs to be reimbursed to McDonald Law Offices, PLLC | $511.43 |
| Total Attorney Fees and Costs to be reimbursed to McDonald Law Offices, PLLC | $6053.93 |
| Less: Pre petition payment to McDonald Law Offices, PLLC for Attorney Fees and Costs to be reimbursed | $863.00 |
| Balance of attorney fees and costs to be paid to McDonald Law Offices, PLLC as an administrative expense from debtors Chapter 13 Plan | $5190.93 |

6
7

Case 2:17-bk-10439-BKM   Doc 32   Filed 02/16/18   Entered 02/16/18 16:45:00   Desc
Main Document    Page 2 of 3

**IT IS FURTHER ORDERED** that the Trustee is directed to pay the additional balance due under the plan as stated above to McDonald Law Offices, PLLC to the extent that funds are available from the estate after payment of allowed administrative claims of higher priority. Upon confirmation of the plan, this administrative expense shall be paid in accordance with the confirmed plan. In the event of the dismissal of this case prior to plan confirmation, this administrative expense shall be paid prior to any refund of plan payments to the debtor.

Signed and dated above.