Debtor 1   Chris Daniel Chacon, Sr.

Debtor 2   Lucille Mendoza Chacon
(Spouse, if filing)

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number   2:17-bk-10439
(if known)

Check if this is:

■ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

   |  | Debtor 1 | Debtor 2 or non-filing spouse |
   |---|---|---|
   | Employment status | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
   | Occupation | Laborer | Customer Service |
   | Employer's name | BG Personnel | Cenlar FSB |
   | Employer's address | 3420 E. Shea Boulevard, Ste 200<br>Phoenix, AZ 85028 | 425 Phillips Blvd<br>Ewing, NJ 08618 |
   | How long employed there? | 2017 | 11/14/2016 |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 1,235.23 | $ 3,415.46 |
| 3. | Estimate and list monthly overtime pay. | +$ 0.00 | +$ 0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | $ 1,235.23 | $ 3,415.46 |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here | 4. | $ 1,235.23 | $ 3,415.46 |

5. List all payroll deductions:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 198.70 | $ 262.52 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 60.68 |
| 5e. | Insurance | 5e. | $ 0.00 | $ 358.67 |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. | Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. | Other deductions. Specify: | 5h.+ | $ 0.00 + | $ 0.00 |

6. Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.    $ 198.70    $ 681.87

7. Calculate total monthly take-home pay. Subtract line 6 from line 4.    7.    $ 1,036.53    $ 2,733.59

8. List all other income regularly received:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | Net income from rental property and from operating a business, profession, or farm. Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. | Interest and dividends | 8b. | $ 0.00 | $ 0.00 |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive. Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | Unemployment compensation | 8d. | $ 0.00 | $ 0.00 |
| 8e. | Social Security | 8e. | $ 0.00 | $ 0.00 |
| 8f. | Other government assistance that you regularly receive. Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. | Pension or retirement income | 8g. | $ 722.42 | $ 0.00 |
| 8h. | Other monthly income. Specify: | 8h.+ | $ 0.00 + | $ 0.00 |

9. Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.    $ 722.42    $ 0.00

10. Calculate monthly income. Add line 7 + line 9.    10.    $ 1,758.95 + $ 2,733.59 = $ 4,492.54
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. State all other regular contributions to the expenses that you list in *Schedule J*.
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
    Specify:      11. +$ 0.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies    12. $ 4,492.54
    **Combined monthly income**

13. Do you expect an increase or decrease within the year after you file this form?
    ■ No.
    ☐ Yes. Explain:

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Chris Daniel Chacon, Sr. |
| Debtor 2 (Spouse, if filing) | Lucille Mendoza Chacon |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number (If known) | 2:17-bk-10439 |

Check if this is:
- ☒ An amended filing
- ☐ A supplement showing postpetition chapter 13 expenses as of the following date:

MM / DD / YYYY

Official Form 106J
# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ☒ Yes. Does Debtor 2 live in a separate household?

   ☒ No

   ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?** ☒ No

   Do not list Debtor 1 and Debtor 2.
   Do not state the dependents names.

   ☐ Yes. Fill out this information for each dependent..............

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☒ No
   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.    4. $    904.84

   If not included in line 4:

   | | | | |
   |---|---|---|---|
   | 4a. | Real estate taxes | 4a. $ | 0.00 |
   | 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
   | 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 0.00 |
   | 4d. | Homeowner's association or condominium dues | 4d. $ | 0.00 |

5. Additional mortgage payments for your residence, such as home equity loans    5. $    328.00

Official Form 106J    Schedule J: Your Expenses    page 1

Debtor 1    Chris Daniel Chacon, Sr.
Debtor 2    Lucille Mendoza Chacon                    Case number (if known)    2:17-bk-10439

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. Electricity, heat, natural gas | 6a. | $ | 200.00 |
| | 6b. Water, sewer, garbage collection | 6b. | $ | 75.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | 71.00 |
| | 6d. Other. Specify: | 6d. | $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. | $ | 556.00 |
| 8. | **Childcare and children's education costs** | 8. | $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ | 160.00 |
| 10. | **Personal care products and services** | 10. | $ | 0.00 |
| 11. | **Medical and dental expenses** | 11. | $ | 0.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ | 415.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ | 60.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. Life insurance | 15a. | $ | 0.00 |
| | 15b. Health insurance | 15b. | $ | 0.00 |
| | 15c. Vehicle insurance | 15c. | $ | 236.00 |
| | 15d. Other insurance. Specify: | 15d. | $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $ | 0.00 |
| | 17b. Car payments for Vehicle 2 | 17b. | $ | 0.00 |
| | 17c. Other. Specify: | 17c. | $ | 0.00 |
| | 17d. Other. Specify: | 17d. | $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | | |
| | 20a. Mortgages on other property | 20a. | $ | 456.24 |
| | 20b. Real estate taxes | 20b. | $ | 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $ | 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $ | 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. | $ | 0.00 |
| 21. | **Other:** Specify: | 21. | +$ | 0.00 |

22. **Calculate your monthly expenses**
     22a. Add lines 4 through 21.            $    3,462.08
     22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    $
     22c. Add line 22a and 22b. The result is your monthly expenses.        $    3,462.08

23. **Calculate your monthly net income.**
     23a. Copy line 12 *(your combined monthly income)* from Schedule I.    23a. $    4,492.54
     23b. Copy your monthly expenses from line 22c above.    23b. -$    3,462.08

     23c. Subtract your monthly expenses from your monthly income.
          The result is your *monthly net income.*    23c. $    1,030.46

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
     For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

     ■ No.
     ☐ Yes.    Explain here:

Official Form 106J      Schedule J: Your Expenses      page 2
Case 2:17-bk-10439-BKM    Doc 44    Filed 02/06/19    Entered 02/06/19 14:55:00    Desc
Main Document     Page 4 of 9

|◄ ◄ |1| of 1 ► ►| ↻ | | Find | Next |

**BG Personnel, LP DBA BG Staffing**
Phoenix branch
3420 E. Shea Blvd., Suite 200 / Phoenix, AZ 85028
713-781-8367

# Earnings Statement

Allowances:    Federal-Single 0    Arizona 1.3% 0

| Employee | Employee ID | SSN | Check Date | Check Number | Gross Pa |
|---|---|---|---|---|---|
| CHRIS CHACON<br>1717 DORSEY #1088<br>TEMPE, AZ 85281 | | xxx-xx-2244 | 12/28/2018 | 50395252 | $532.5 |

| Customer | Asg# | Date Work | Start | End | T Hrs | Type | Rate | Hrs | OT Rate | O Hrs | DT R |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TEMPLE SQUARE APTS | 1037398 | | 12/17/2018 | 12/23/2018 | 35.50 | Reg | $15.00 | 35.50 | $22.50 | 0.00 | $30 |

## Taxes and adjustments

Tax ar

| Tax Type | Taxable | Tax | Adj Type | Benefit | Amount | Tax Type | YTD Taxable |
|---|---|---|---|---|---|---|---|
| AZ02 | $532.50 | $6.92 | Total: | | | Arizona 1.3% | $14,822.75 |
| EFica | $532.50 | $33.01 | | | | Employee Portion Medicare tax | $14,822.75 |
| EMed | $532.50 | $7.72 | | | | | |
| USS | $532.50 | $51.70 | | | | Employee Portion Social Security tax | $14,822.75 |
| Total: | | $99.35 | | | | Federal-Single | $14,822.75 |

### Accruals

| Accrual | Amount | Balance | Eligible | Available | | Total: | |
|---|---|---|---|---|---|---|---|
| AZ Paid Sick Leave - BG MF | 1.17 | 41.78 | 41.78 | 40.00 | | | |
| Total: | 1.17 | 41.78 | 41.78 | 40.00 | | | |

page 1 of 1

<

\>

|◀◀ ◀ | 1 | of 1 ▶ ▶| ⟲ | | Find | Next | 🔍 ▾ ⊙

**BG Personnel, LP DBA BG Staffing**
Phoenix branch
3420 E. Shea Blvd., Suite 200 / Phoenix, AZ 85028
713-781-8367

# Earnings Statement

| | | Allowances: | Federal-Single 0 | | Arizona 1.3% 0 |
|---|---|---|---|---|---|
| Employee | Employee ID | SSN | Check Date | Check Number | Gross Pa |
| CHRIS CHACON<br>1717 DORSEY #1088<br>TEMPE, AZ 85281 | | xxx-xx-2244 | 12/21/2018 | 50393737 | $292.5 |

| Customer | Asg# | Date Work | Start | End | T Hrs | Type | Rate | Hrs | OT Rate | O Hrs | DT R |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TEMPLE SQUARE APTS | 1037398 | | 12/10/2018 | 12/16/2018 | 19.50 | Reg | $15.00 | 19.50 | $22.50 | 0.00 | $30 |

## Taxes and adjustments

Tax ai

| Tax Type | Taxable | Tax | Adj Type | Benefit | Amount | Tax Type | YTD Taxable |
|---|---|---|---|---|---|---|---|
| AZ02 | $292.50 | $3.80 | Total: | | | Arizona 1.3% | $14,290.25 |
| EFica | $292.50 | $18.14 | | | | Employee Portion Medicare tax | $14,290.25 |
| EMed | $292.50 | $4.24 | | | | | |
| USS | $292.50 | $22.90 | | | | Employee Portion Social Security tax | $14,290.25 |
| Total: | | $49.08 | | | | | |
| | | | | | | Federal-Single | $14,290.25 |
| | | | | | | Total: | |

## Accruals

| Accrual | Amount | Balance | Eligible | Available |
|---|---|---|---|---|
| AZ Paid Sick Leave - BG MF | 0.64 | 40.61 | 40.61 | 40.00 |
| Total: | 0.64 | 40.61 | 40.61 | 40.00 |

page 1 of 1

&lt;    &gt;

https://webcenter.tempworks.com/BGStaffing/bgstaffing/Reports/CheckStub?__tw =EI... 01/22/2019
Case 2:17-bk-10439-BKM   Doc 44   Filed 02/06/19   Entered 02/06/19 14:55:00   Desc
Main Document   Page 6 of 9

| | CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 030 |
|---|---|---|---|---|---|---|
| | V62 | 003760 | 455 | | 0000512592 | 1 |

# Earnings Statement

ADP

CENLAR FSB
425 PHILLIPS BLVD
EWING, NJ 08618-1430
COMPANY PH #:609-883-3900

Period Ending: 12/14/2018
Pay Date: 12/21/2018

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 0, Tax Blocked
   AZ: Tax is 0.8%

LUCILLE MENDOZA-CHACON
207 E. STRAHAN DRIVE
TEMPE AZ 85283

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 19.6627 | 74.50 | 1,464.87 | 33,982.10 |
| Overtime | | | | 2,448.66 |
| Double Time | | | | 364.62 |
| Funeral | | | | 152.39 |
| Gift | | | | 50.00 |
| Holiday | | | | 1,353.75 |
| Personal | | | | 1,187.35 |
| Vacation | | | | 1,446.68 |
| **Gross Pay** | | | **$1,464.87** | 40,985.55 |

| Net Pay | $1,115.25 |
|---|---|
| Checking #1 | -1,115.25 |
| Net Check | $0.00 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,281.36

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Social Security Tax | | -82.52 | 2,325.25 |
| Medicare Tax | | -19.30 | 543.81 |
| AZ State Income Tax | | -10.30 | 103.49 |
| Federal Income Tax | | | 177.71 |
| **Other** | | | |
| Accident - Metl | | -9.42* | 244.92 |
| AFLAC ACC PRE | | -11.34* | 294.84 |
| AFLAC CAN PRE | | -13.38 | 347.88 |
| AFLAC HOS PRE | | -28.98* | 753.48 |
| AFLAC STD POST | | -12.60 | 327.60 |
| CIGNA Vision | | -7.27* | 189.02 |
| Hospital Indemn | | -5.51* | 143.26 |
| Medical - Cigna | | -77.04* | 2,003.04 |
| 401-K Contrib | | -43.95* | 847.37 |
| 401K Loan Pmt | | -28.01 | 196.07 |
| GIFT | | | 50.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gr Term Life In | 5.80 | 147.12 |
| Sickhrs Balance | | -2.88 |
| 401K | | 847.37 |

**Important Notes**
2018 W2: REVIEW YOUR LEGAL NAME, ADDRESS, SSN, AND TAX INFORMATION FOR ACCURACY

CENLAR FSB
425 PHILLIPS BLVD
EWING, NJ 08618-1430
COMPANY PH #:609-883-3900

Advice number: 00000512592
Pay date: 12/21/2018

Deposited to the account of
LUCILLE MENDOZA-CHACON

| account number | transit ABA | amount |
|---|---|---|
| xxxxx6968 | xxxx xxxx | $1,115.25 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| | CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 030 |
|---|---|---|---|---|---|---|
| | V62 | 003760 | 455 | | 0000492364 | 1 |

# Earnings Statement

**ADP**

CENLAR FSB
425 PHILLIPS BLVD
EWING, NJ 08618-1430
COMPANY PH #:609-883-3900

Period Ending: 11/30/2018
Pay Date: 12/07/2018

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0, Tax Blocked
  AZ: Tax is 0.8%

LUCILLE MENDOZA-CHACON
207 E. STRAHAN DRIVE
TEMPE AZ 85283

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 19.6627 | 40.23 | 791.03 | 32,517.23 |
| Holiday | 19.6627 | 7.75 | 152.39 | 1,353.75 |
| Personal | 19.6627 | 10.65 | 209.41 | 1,187.35 |
| Vacation | 19.6627 | 12.60 | 247.75 | 1,446.68 |
| Overtime | | | | 2,448.66 |
| Double Time | | | | 364.62 |
| Funeral | | | | 152.39 |
| Gift | | | | 50.00 |
| **Gross Pay** | | | **$1,400.58** | 39,520.68 |

| Net Pay | | $1,058.29 |
|---|---|---|
| Checking #1 | | -1,058.29 |
| **Net Check** | | **$0.00** |

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,219.00

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -78.55 | 2,242.73 |
| | Medicare Tax | -18.37 | 524.51 |
| | AZ State Income Tax | -9.80 | 93.19 |
| | Federal Income Tax | | 177.71 |
| | **Other** | | |
| | Accident - Metl | -9.42* | 235.50 |
| | AFLAC ACC PRE | -11.34* | 283.50 |
| | AFLAC CAN PRE | -13.38 | 334.50 |
| | AFLAC HOS PRE | -28.98* | 724.50 |
| | AFLAC STD POST | -12.60 | 315.00 |
| | CIGNA Vision | -7.27* | 181.75 |
| | Hospital Indemn | -5.51* | 137.75 |
| | Medical - Cigna | -77.04* | 1,926.00 |
| | 401-K Contrib | -42.02* | 803.42 |
| | 401K Loan Pmt | -28.01 | 168.06 |
| | GIFT | | 50.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gr Term Life In | 5.80 | 141.32 |
| Sickhrs Balance | | -2.88 |
| 401K | | 803.42 |

**Important Notes**
EFFECTIVE THIS PAY PERIOD YOUR FEDERAL EXEMPTIONS HAVE BEEN CHANGED FROM 8 TO 0.

2018 W2: REVIEW YOUR LEGAL NAME, ADDRESS, SSN, AND TAX INFORMATION FOR ACCURACY

---

CENLAR FSB
425 PHILLIPS BLVD
EWING, NJ 08618-1430
COMPANY PH #:609-883-3900

Advice number: 00000492364
Pay date: 12/07/2018

Deposited to the account of
LUCILLE MENDOZA-CHACON

| account number | transit ABA | amount |
|---|---|---|
| xxxxx6968 | xxxx xxxx | $1,058.29 |

*THIS IS NOT A CHECK*

**NON-NEGOTIABLE**



# ARIZONA STATE RETIREMENT SYSTEM

3300 NORTH CENTRAL AVENUE • PO BOX 33910 • PHOENIX, AZ 85067-3910 • PHONE (602) 240-2000
7660 EAST BROADWAY BOULEVARD • SUITE 108 • TUCSON, AZ 85710-3776 • PHONE (520) 239-3100
TOLL FREE OUTSIDE METRO PHOENIX AND TUCSON 1 (800) 621-3778
EMAIL ADDRESS: ASKMAC@AZASRS.GOV • WEB ADDRESS: WWW.AZASRS.GOV

*Paul Matson*
*Director*

June 8, 2012

Chris Chacon Sr.
5825 S Beck Ave
Tempe AZ 85283-1621

Dear Mr. Chacon:

RE: Pension Verification Letter

This Letter is a verification of your pension benefit with the Arizona State Retirement System (ASRS). The ASRS has the following information currently on record:

**Retirement Date:** April 10, 2012

**Total Years of Service:** 17.000

**Gross Monthly Pension:** $722.42

**Duration:** Lifetime

Please note: The gross monthly pension amount may increase in the future due to permanent benefit increases.

If you have further questions, please contact the ASRS Member Advisory Center by email at: askmac@azasrs.gov, or by telephone at (602) 240-2000 in Phoenix, (520) 239-3100 in Tucson or toll-free outside metro Phoenix and Tucson at 1-800-621-3778.

Sincerely,

William Roberts
Sr. Benefits Advisor
Arizona State Retirement System